## FURNALD v. BURBANK.

MOTION, to set aside a verdict for unwarranted remarks of the plaintiff's counsel in argument, to which the defendant seasonably objected. The remarks were retracted, and the jury were requested by counsel and instructed by the court not to consider them. The presiding judge found, as matter of fact, that the jury were not influenced by the remarks, and denied the motion. The defendant excepted.

*Henry E. Burnham* and *Alpheus C. Osgood*, for the defendant.

*Cyrus A. Sulloway* and *Edwin F. Jones*, for the plaintiff.

SMITH, J. The plaintiff having restored to the trial the fairness of which he had divested it, and having made it appear affirmatively that the jury were not influenced by his unwarranted statement (*Bullard* v. *Railroad*, 64 N. H. 27, 32), the order must be

*Exception overruled.*

CLARK, J., did not sit: the others concurred.